UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| BURLINGTON SCHOOL DISTRICT<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO CO., SOLUTIA, INC., and PHARMACIA LLC<br><br>Defendants. | No. 2:22-CV-215-WKS |

## ORDER GRANTING MOTION TO AMEND DISCOVERY SCHEDULE

For the reasons stated in the Joint Motion to Amend Discovery Schedule/Order, the current case deadlines are hereby STAYED and the Parties shall submit an amended proposed joint scheduling order (or competing scheduling orders) by February 9, 2024.

SO ORDERED:

February 1, 2024                                /s/ William K. Sessions III
                                                William K. Sessions III
                                                U.S. District Court Judge