UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| BURLINGTON SCHOOL DISTRICT<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MONSANTO CO., SOLUTIA, INC., and PHARMACIA LLC<br><br>　　　　　Defendants. | C.A. No. 2:22-cv-215 |

**STIPULATION REGARDING DISCOVERY**

The Parties, by and through their respective counsel, agree and stipulate as follows:

On October 5, 2022, Tracy L. Rubman and James Ellery Baker sued Defendants concerning Ms. Rubman's alleged polychlorinated biphenyl ("PCB") exposure at Burlington High School.  *See Tracy L. Rubman, et al. v. Monsanto Company, et al.*, No. 2:22-cv-00181-wks ("*Rubman*").  On December 9, 2022, Plaintiff Burlington School District ("BSD") sued Defendants for alleged property damage caused by PCBs at Burlington High School.  Pursuant to a third-party subpoena issued in *Rubman* in November 2022, and first party discovery issued to BSD in the above captioned lawsuit, BSD has produced to Defendants documents and communications concerning, among other things, the design, construction, maintenance, and renovation history of Burlington High School.

Since *Rubman* and the above captioned lawsuit were filed, two additional personal injury lawsuits have been filed against Defendants concerning alleged PCB exposure at Burlington High School.  *See Josepha W. Austin, et al. v. Monsanto Company, et al.*, 2:23-cv-272-wks ("*Austin*"); *Sacha Smith, et al. v. Monsanto Company, et al.*, 2:24-cv-0074-gcw ("*Smith*").

The Parties stipulate and agree that all documents and communications produced by BSD to Defendants may be used by all parties in litigating *Rubman*, *Austin*, and *Smith* regardless of whether the documents were produced in BSD's capacity as a third-party subpoena recipient in *Rubman*, or as a plaintiff in this case. The Parties further agree that documents and communications designated by BSD as "CONFIDENTIAL MATERIALS" are governed by the Stipulated Protective Order (Doc. No. 50) regardless of the protective orders in place in *Rubman*, *Austin*, and *Smith*.  This Stipulation is designed to relieve BSD of the burden of reproducing documents in related litigation.  By making this Stipulation, the Parties do not waive their right to object to the admissibility of any document produced, including but without limitation to, objections based on privilege, authentication, hearsay, the work product doctrine, relevance, or prejudice. This stipulation also does not preclude Defendants from issuing additional subpoenas to BSD to address issues specific to the plaintiffs in *Rubman*, *Austin*, and *Smith*, including but not limited to, attendance records, personnel files, and relevant communications.

Dated: September 5, 2024.

Respectfully submitted,
**BURLINGTON SCHOOL DISTRICT**

By: */s/ Mathew Pawa*
**SEEGER WEISS LLP**
Matthew Pawa
Wesley Kelman (admitted *pro hac vice*)
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550

**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer (*pro hac vice* to be filed)
Kyle J. McGee (admitted *pro hac vice*)
Viola Vetter (admitted *pro hac vice*)
Jason H. Wilson (admitted *pro hac vice*)
Juliana Carter (admitted *pro hac vice*)
123 S. Justison Street
Wilmington, DE 19801
(302) 622-7000

**LANGROCK SPERRY & WOOL LLC**
Lisa B. Shelkrot
111 South Pleasant Street
PO Drawer 351
Middlebury, VT 05753-0351
(802) 388-6356

**MONSANTO CO., SOLUTIA, INC., and PHARMACIA LLC**

By:  /s/*Ian P. Carleton*
**SHEEHEY FURLONG & BEHM, P.C.**
Ian P. Carleton
Devin T. McKnight
Alexandrea L. Nelson
30 Main Street, 6th Floor, PO Box 66
Burlington, VT 05402-0066
(802) 864-9891

**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**
Quentin F. Urquhart, Jr. (admitted *pro hac vice*)
Douglas J. Moore (admitted *pro hac vice*)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2107

**SHOOK, HARDY & BACON L.L.P.**
Stephen I. Hansen (admitted *pro hac vice*)
Emyr Remy (admitted *pro hac vice*)
One Federal Street, Suite 2540
Boston, MA 02110
(617) 531-1411

**IT IS SO ORDERED:**

Dated: September 5, 2024                    /s/ William K. Sessions III
                                            Hon. William K. Sessions III
                                            United States District Judge