UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| BURLINGTON SCHOOL DISTRICT<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO CO., SOLUTIA, INC., and PHARMACIA LLC<br><br>    Defendants. | C.A. No. 2:22-CV-215-WKS |

### JOINT MOTION TO EXTEND BRIEFING SCHEDULE
### ON PENDING MOTIONS

Plaintiff Burlington School District ("BSD") and Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC ("Defendants") respectfully move to extend the briefing schedules on all currently pending motions. Specifically, the parties request the following briefing schedule:

1. The parties' opposition briefs to motions to exclude experts are due on or before December 5, 2025.

2. BSD's opposition to Defendants' Motion for Summary Judgment is due on or before December 17, 2025.

3. The parties' reply briefs in support of motions to exclude experts are due on or before January 9, 2026.

4. Defendants' reply in support of Defendants' Motion for Summary Judgment is due on or before January 16, 2026.

These extensions are necessary given the complexity of the issues, the competing professional obligations of counsel, and the upcoming holidays.

Wherefore, the parties respectfully move to extend the briefing schedule on all pending motions as set forth above.

Dated: November 14, 2025

| **BURLINGTON SCHOOL DISTRICT** | **MONSANTO CO., SOLUTIA, INC., and PHARMACIA LLC** |
|---|---|
| By: */s/ Wesley Kelman* <br> **PAWA LAW GROUP** <br> Matthew Pawa <br> Wesley Kelman (admitted *pro hac vice*) <br> Kelvin Allen Brooks <br> MacKennan K. Graziano (admitted *pro hac vice*) <br> 1280 Centre Street, Suite 230 <br> Newton Centre, MA 02459 <br> (617) 641-9550 <br> mp@pawalaw.com <br> wkelman@pawalaw.com <br> abrooks@pawalaw.com <br> mgraziano@pawalaw.com <br><br> **GRANT & EISENHOFER P.A.** <br> Kyle J. McGee (admitted *pro hac vice*) <br> Viola Vetter (admitted *pro hac vice*) <br> Jason H. Wilson (admitted *pro hac vice*) <br> Juliana Carter (admitted *pro hac vice*) <br> 123 S. Justison Street <br> Wilmington, DE 19801 <br> (302) 622-7000 <br> kmcgee@gelaw.com <br> vvetter@gelaw.com <br> jwilson@gelaw.com <br> jcarter@gelaw.com <br><br> **LANGROCK SPERRY & WOOL LLC** <br> Lisa B. Shelkrot <br> 111 South Pleasant Street <br> PO Drawer 351 <br> Middlebury, VT 05753-0351 <br> (802) 388-6356 <br> lshelkrot@langrock.com | By: */s/ Ian P. Carleton* <br> **SHEEHEY FURLONG & BEHM, P.C.** <br> Ian P. Carleton <br> Devin T. McKnight <br> Alexandrea L. Nelson <br> Hannah C. Waite <br> 30 Main Street, 6th Floor, PO Box 66 <br> Burlington, VT 05402-0066 <br> (802) 864-9891 <br> icarleton@sheeheyvt.com <br> dmknight@sheeheyvt.com <br> anelson@sheeheyvt.com <br> hwaite@sheeheyvt.com <br><br> **IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC** <br> Quentin F. Urquhart, Jr. (admitted *pro hac vice*) <br> Douglas J. Moore (admitted *pro hac vice*) <br> 400 Poydras Street, Suite 2700 <br> New Orleans, LA 70130 <br> (504) 310-2107 <br> qurquhart@irwinllc.com <br> dmoore@irwinllc.com <br><br> **SHOOK, HARDY & BACON L.L.P.** <br> Stephen I. Hansen (admitted *pro hac vice*) <br> Emyr Remy (admitted *pro hac vice*) <br> One Federal Street, Suite 2540 <br> Boston, MA 02110 <br> (617) 531-1411 <br> sihansen@shb.com <br> remy@shb.com |

**SO ORDERED:**

Date: November 17, 2025

*William K. Sessions III*
Hon. William K. Sessions III
United States District Court Judge