**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| BURLINGTON SCHOOL DISTRICT<br><br>      Plaintiff,<br><br>v.<br><br>MONSANTO CO., SOLUTIA, INC., and PHARMACIA LLC<br><br>      Defendants. | No. 2:22-CV-215-WKS |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants respectfully move for a one-week extension of time from May 27, 2026, to June 3, 2026, to file their reply brief in further support of their Motion to Clarify and Amend (Doc. No. 213). The extension is necessary due to competing professional obligations of defense counsel. Plaintiff does not oppose this Motion.

For the reasons stated above, Defendants respectfully request the Court extend the time to file their reply brief in support of its Motion to Clarify and Amend from May 27, 2026 to June 3, 2026.

Dated at Burlington, Vermont this 26th day of May, 2026.

**PHARMACIA**

By:     */s/ Ian P. Carleton*
**SHEEHY FURLONG & BEHM, P.C.**
Ian P. Carleton
Alexandrea L. Nelson
Devin T. McKnight
Hannah C. Waite
30 Main Street, 6th Floor, PO Box 66
Burlington, VT 05402-0066
(802) 864-9891
icarleton@sheeheyvt.com
anelson@sheeheyvt.com
dmknight@sheeheyvt.com
hwaite@sheeheyvt.com

**SHOOK, HARDY & BACON L.L.P.**
Stephen I. Hansen (admitted *pro hac vice*)
Emyr T. Remy (admitted *pro hac vice*)
One Federal Street, Suite 2540
Boston, MA 02110
(617) 531-1411
sihansen@shb.com
remy@shb.com

**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**
Quentin F. Urquhart, Jr. (admitted *pro hac vice*)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2107
qurquhart@irwinllc.com